IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES YOUNGBERG**                                                                       **PLAINTIFF**
**#486348**

v.                                              No. 4:23-CV-00699-LPR-ERE

**BRANDON LONG, et al.**                                                    **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Edie R. Ervin and the Plaintiff's Objections.[1] After a *de novo* review of the PRD, along with careful consideration of the Plaintiff's Objections and the case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's First Amendment retaliation claims and official capacity claims against all Defendants, as well as any claim regarding Defendants' failure to follow Detention Facility policies and procedures, are DISMISSED without prejudice for failing to state a plausible constitutional claim for relief. Additionally, any (1) medical deliberate indifference claims other than those related to the medical treatment that Defendants Long, Dottson, Lowery, and Maddox failed to provide following the April 18, 2023 incident with Defendant Greenfield, (2) conditions of confinement claims, and (3) access to the court claims are DISMISSED without prejudice based on improper joinder. And Plaintiff's claims against Defendants Autumn Youngberg, Josh Rogers, and Tommy L. Harris are DISMISSED without prejudice for failing to state any plausible constitutional claims for relief against those Defendants. The Clerk of the Court is instructed to

---

[1] Docs. 20, 24, & 46. The Court also notes Plaintiff's request to file additional attachments to his Objections. *See* Doc. 27. The Court has considered those documents, but they do not affect the outcome of the Court's decision.

1

terminate Autumn R. Youngberg, Ben Lockard, Josh Rogers, and Tommy L. Harris as party Defendants.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 7th day of February 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE