IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES YOUNGBERG**                                                      **PLAINTIFF**
**ADC #151933**

v.                         No. 4:23-cv-00699-LPR-ERE

**BRANDON LONG, et al.**                                      **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 54). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Plaintiff's claims against Defendant Greenfield are DISMISSED without prejudice for failure of service. The Clerk is instructed to terminate Dylan Greenfield as a party Defendant. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 24th day of June 2024.

                                                                 _____
                                                                  LEE P. RUDOFSKY
                                                                  UNITED STATES DISTRICT JUDGE

---

[1] On April 29, 2024, the Court entered an Order holding the PRD in abeyance for 45 days to give Plaintiff a final chance to provide a service address for Defendant Greenfield. *See* Order (Doc. 57). Plaintiff was warned that the failure to provide an appropriate service address within 45 days would result in the Court adopting the PRD. No service address has been provided to date, and the time for doing so has expired.