# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHARLES YOUNGBERG**  **PLAINTIFF**
**ADC #151933**

V.                    NO. 4:23-cv-00699-LPR-ERE

**BRANDON LONG,** *et al.*  **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.   Procedure for Filing Objections

This Recommendation has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. Your objections must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact and Judge Rudofsky can adopt this Recommendation without independently reviewing the record.

### II.   Background

On July 27, 2023, *pro se* plaintiff Charles Youngberg, formerly an inmate at the Stone County Jail, filed this civil rights lawsuit under 42 U.S.C. § 1983. *Doc. 2*. Mr. Youngberg is currently proceeding on medical deliberate indifference claims

against Defendants Brandon Long, Kyle Dottson, Taylor Lowery, and Jason Maddox.[1]

On August 15, 2024, mail sent to *pro se* plaintiff Charles Youngberg from the Court was returned as undeliverable with the notation "parole." *Doc. 65*.

On August 20, 2024, the Court ordered Mr. Youngberg to notify the Court of his current address within 30 days or risk dismissal of his claims. *Doc. 70.* To date, he has not responded to the Court's August 20 Order, and the time to do so has passed.

Mr. Youngberg has failed to inform the Court of his current address, as required by this Court's Initial Order (*Doc. 6*) and Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Youngberg regarding his lawsuit.

## III. <u>Conclusion</u>:

IT IS THEREFORE RECOMMENDED THAT:

---

[1] The Court previously dismissed Mr. Youngberg's First Amendment retaliation claims, official capacity claims, any claim regarding Defendants' failure to follow Detention Facility policies and procedures, and his claims against Autumn Youngberg, Josh Rogers, and Tommy L. Harris based on his failure to state a plausible constitutional claim for relief. *Doc. 51*. In addition, the Court dismissed: (1) any medical deliberate indifference claims other than those related to the medical treatment that Defendants Long, Dottson, Lowery, and Maddox failed to provide following the April 18, 2023 incident with Defendant Greenfield, (2) conditions of confinement claims, and (3) access to the court claims as improperly joined. *Id*. Finally, the Court dismissed Mr. Youngberg's claim against Defendant Greenfield for failure of service. *Doc. 60*.

1.    Mr. Youngberg's remaining claims be DISMISSED, without prejudice, based on his failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) respond to the Court's August 20 Order; (3) update his address; and (4) prosecute this lawsuit.

2.    The Clerk be instructed to close this case.

DATED 25 September 2024.

_____
UNITED STATES MAGISTRATE JUDGE